respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MORANDI, Appellant.— Motion for leave to prosecute appeal on original record granted. Jay S. Caplan, Esq., attorney at law, 11 North Pearl Street, Albany, New York, is hereby assigned as counsel for appellant. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ISIDORE FRANKEL, Appellant, against ROBERT HALL MANUFACTURING COMPANY, INC. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ANTHONY J. BASILA, Appellant, against CITY OF NEW YORK, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of NATHAN DAVIDOWITZ, Appellant, against HEIGHTS DELICATESSEN et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JAMES GARRAHY, Appellant, against BORDEN COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of LUIGI GUALTIERI, Appellant, against SOUTHERN WHEEL DIVISION, AMERICAN BRAKE SHOE COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ WILMA BAUMAN, Respondent, v. JAY D. FISHER, Appellant. FLOYD T. BAUMAN, Respondent, v. JAY D. FISHER, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 15, 1960 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARLAND GEORGE HOWE, Appellant.— Motion for leave to prosecute appeal as a poor person. Motion granted and the appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID MENDEZ, Appellant, against W. CECIL JOHNSTON, as Director of the Dannemora State Hospital, et al., Respondents.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. BATTLE, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person. Motion granted and the appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. The County Clerk of Clinton